# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WALKER EDISON HOLDCO LLC, *et al.*, | Case No. 25-11602 (TMH) |
| Debtors. | (Joint Administration Requested) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Kyle J. Kimpler of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP to represent Prospect Hill Growth Fund II, L.P., Prospect Hill Growth Fund II Co-Invest, L.P., Prospect Hill Growth Partners, L.P., JWC-WE Holdco, LLC, and JWC-WE Holdings, L.P. in the above-captioned cases.

Dated: August 29, 2025

*/s/ Daniel A. Mason*
Daniel A. Mason (Del. Bar No. 5206)
Miranda N. Gilbert (Del. Bar No. 6662)
**PAUL, WEISS, RIFKIND,**
  **WHARTON & GARRISON LLP**
1313 North Market Street, Suite 806
Wilmington, DE 19801-0032
Telephone: (302) 655-4410
Email: dmason@paulweiss.com
       mgilbert@paulweiss.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1(b), I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: August 29, 2025

*/s/ Kyle J. Kimpler*
Kyle J. Kimpler
  **PAUL, WEISS, RIFKIND,**
   **WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
Email: kkimpler@paulweiss.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: August 29th, 2025
Wilmington, Delaware

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**