# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>WALKER EDISON HOLDCO LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-11602 (TMH)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 18, 19 and 41** |

## LIMITED OBJECTION OF WELLS FARGO BANK, NATIONAL ASSOCIATION TO BID PROCEDURES MOTION

Wells Fargo Bank, National Association ("<u>Wells Fargo</u>" or "<u>ABL Lender</u>"), by its undersigned counsel, respectfully submits this limited objection (this "<u>Objection</u>") to the *Debtors' Motion for (I) an Order Pursuant to Sections 105, 363, 364, 365 and 541 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006 and 9007 and Del. Bankr. L.R. 2002-1 and 6004-1 (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets; (B) Approving the Debtors' Entry into Stalking Horse Agreement and Related Bid Protections (C) Approving Procedures for the Assumption and Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; (D) Scheduling an Auction and Sale Hearing; (E) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; and (F) Granting Related Relief; (II) an Order (A) Approving the Sale of the Debtors'*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Walker Edison Holdco LLC (8817); Walker Edison Intermediate, LLC (3363); Walker Edison Furniture Company LLC (6576); and EW Furniture, LLC (6288). The Debtors' mailing address is 1553 W 9000 S, West Jordan, UT 84088.

*Assets Free and Clear of Claims, Liens, and Encumbrances; and (B) Approving the Assumption and Assignment of Designated Executory Contracts and Unexpired Leases; and (III) Certain Related Relief* [Docket No. 18] (the "<u>Bid Procedures Motion</u>") and respectfully represents as follows:

1.  As set forth in the Bid Procedures Motion, the Debtors seek approval to sell substantially all of their assets to Twin-Star International, Inc. (the "<u>Stalking Horse Bidder</u>") on the terms and conditions set forth in that certain asset purchase agreement attached as **Exhibit B** to the Bid Procedures Motion (the "<u>Stalking Horse Agreement</u>"), subject to higher and better offers. Wells Fargo supports a sale of the Debtors' assets to the Stalking Horse Bidder or a successful competing bidder. However, prior to approval of the Bid Procedures Order,[2] Wells Fargo submits that certain revisions to the Bid Procedures Order and to the Bid Procedures must be made to align with the agreement reached between the Debtors, Blue Owl Capital Corporation ("<u>Blue Owl</u>"), and Wells Fargo in accordance with the Interim DIP Order (defined below).

2.  Pursuant to the *Debtors' Motion for Interim and Final Orders (I) Authorizing Secured Post-Petition Financing Pursuant to 11 U.S.C. § 364, (II) Authorizing Use of Cash Collateral, (III) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 363 and 364, and (IV) Scheduling a Final Hearing and (V) Granting Related Relief* [Docket No. 15] (the "<u>DIP Motion</u>") and the *Interim Order (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority*

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Bid Procedures Motion.

*Administrative Expense Status, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing and (VI) Granting Related Relief* [Docket No. 52] (the "Interim DIP Order"), the Bid Procedures Motion and Bid Procedures Order must be "in form and substance reasonably acceptable to the Proposed DIP Lenders and the ABL Lender." *See* Docket No. 15 at page 16 of 54. In their current form, the Bid Procedures Order and Bid Procedures include only Blue Owl as a Consultation Party. They do not include Wells Fargo.

    3.    Wells Fargo submits that, before the Bid Procedures Order can be entered, the following modifications must be made. These include:

    a. The definition of "Consultation Parties" in the Bid Procedures, attached as **Exhibit 1** to the Bid Procedures Order, must be revised to include Wells Fargo as a Consultation Party.

    b. The Reservation of Rights paragraph in the Bid Procedures should include the following additional language: "; *provided*, however, that the Debtors may not amend these Bid Procedures or the bidding process to (i) reduce or otherwise modify their obligations to consult with any Consultation Party or alter any other rights of any Consultation Party without the consent of such Consultation Party or further order of the Court, or (ii) reduce or otherwise modify their obligations to obtain consent from any Consultation Party pursuant to these Bid Procedures. All such modifications and additional rules will be communicated to each of the Consultation Parties, Potential Bidders, and Qualified Bidders; *provided* that, to the extent such modifications occur at such Auction, disclosure of such modifications is limited to those in attendance at such Auction."

WHEREFORE, Wells Fargo hereby objects to the Bid Procedures Motion for the reasons set forth above and respectfully requests that any Order approving the Bid Procedures Motion be conditioned upon and expressly provide for the modifications referred to above. Wells Fargo reserves all of its rights with respect to all other issues, concerns, and objections it may have to approval of the sale contemplated by the Bid Procedures Motion.

Dated: September 10, 2025

Respectfully submitted,

**BURR & FORMAN LLP**

*/s/ Shannon D. Humiston*
J. Cory Falgowski (No. 4546)
Shannon D. Humiston (No. 5740)
222 Delaware Avenue, Suite 1030
Wilmington, Delaware 19801
Telephone: (302) 830-2300
Email: jfalgowski@burr.com
          shumiston@burr.com

-and-

**OTTERBOURG, P.C.**
Daniel F. Fiorillo (admitted *pro hac vice*)
Matthew J. Stockl (admitted *pro hac vice*)
Antonio J. Aguilera (admitted *pro hac vice*)
230 Park Avenue
New York, New York 10169
Telephone: (212) 661-9100
Email: dfiorillo@otterbourg.com
          mstockl@otterbourg.com
          aaguilera@otterbourg.com

*Counsel for Wells Fargo Bank, National Association*