IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>WALKER EDISON HOLDCO LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-11602 (TMH)<br><br>(Jointly Administered)<br><br>Re: D.I. 18 |

**DECLARATION OF NATE BROWN IN SUPPORT OF THE DEBTORS' BID
PROCEDURES AND SALE MOTION**

I, Nate Brown, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the Chief Financial Officer of the above-captioned debtors and debtors in possession (collectively, the "Debtors" or the "Company").

2. I submit this declaration (the "Declaration") to disclose certain additional information regarding the Debtors' privacy policies concerning personally identifiable information of its customers and in support of the *Debtors' Motion for (I) an Order Pursuant to Sections 105, 363, 364, 365 and 541 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006 and 9007, and Del. Bankr. L.R. 2002-1 and 6004-1 (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets; (B) Approving the Debtors' Entry into Stalking Horse Agreement and Related Bid Protections; (C) Approving Procedures for the Assumption and Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; (D) Scheduling an Auction and Sale Hearing; (E) Approving Forms and Manner of Notice of Respective Dates, Times, and*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Walker Edison Holdco LLC (8817); Walker Edison Intermediate, LLC (3363); Walker Edison Furniture Company LLC (6576); and EW Furniture, LLC (6288). The Debtors' mailing address is 1553 W 9000 S, West Jordan, UT 84088.

*Places in Connection Therewith; and (F) Granting Related Relief; (II) an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of Claims, Liens, and Encumbrances; and (B) Approving the Assumption and Assignment of Designated Executory Contracts and Unexpired Leases; and (III) Certain Related Relief* (D.I. 18) (the "Bid Procedures and Sale Motion").[2]

3. As a result of my position with the Company, I am familiar with the Company's day-to-day operations, business and financial affairs, and books and records. All facts set forth in this Declaration are based on: (i) my personal knowledge; (ii) my communications with other members of the senior management team, and the Company's professional advisors; or (iii) my opinions developed through my overall professional experience and personal knowledge of the Company's history, financial condition, and business operations and affairs. If called to testify, I could and would testify to each of the facts set forth herein in line with the foregoing premises:

## COMPANY'S PRIVACY POLICY

4. The Debtors are suppliers of affordable, ready-to-assemble home furnishing products, which they sell through e-commerce channels to consumers worldwide. Unlike traditional brick-and-mortar furniture stores, the Debtors operate exclusively through e-commerce channels. Customers can place orders for the Debtors' products on platforms such as Wayfair and Amazon or directly on the Debtors' website ("Direct-to-Consumer Customers"): www.walkeredison.com (the "Website"). In the ordinary course of business, the Company collects, uses, stores, and shares personally identifiable information ("PII"), and such practices are governed by the Company's privacy policy (as may be amended from time to time, the "Privacy Policy").

5. The Debtors collect only limited customer PII for the purposes of enhancing the consumer experience and obtaining the minimum necessary information to support product

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Bid Procedures and Sale Motion.

2

purchases, delivery, and any potential product recalls, warranty claims, and safety notifications, and as to the Direct-to-Consumer Customers, marketing.

6. The Debtors implement safeguards to protect customer PII. These safeguards include restricting system access based on job role and function on a "need-to-know" basis, maintaining strong administrative, technical, and physical security measures, and conducting regular security audits to verify compliance and effectiveness.

7. It is my understanding that the proposed Sale of the Acquired Assets includes customer PII. The latest version of the Privacy Policy available on the Company's Website has been posted on the Website and in effect since May 9, 2024,[3] and has not been materially modified since that date. A true and correct copy of the Debtors' current Privacy Policy is attached hereto as **Exhibit 1**. The Company's prior privacy policies were not materially different from the current Privacy Policy regarding the transfer of information in connection with a merger, acquisition, or sale of all or a portion of the Company's assets.

8. The Privacy Policy provides in pertinent part that while the Company is "not in the business of monetizing the PII of its customers," the Company is permitted to provide or share such customer PII with Third Party Providers (defined below) in connection with "a merger, acquisition, or sale of all or a portion of its assets" and also provides that customers may opt out of certain uses or sharing of their personal information:

> Walker Edison designs and brings to market the highest quality [ready-to-assemble] furniture possible. Walker Edison is not in the business of monetizing the PII of its customers.
>
> **DATA COLLECTION**
>
> Fulfilling customer orders and operating our business, including customer or warranty services, necessarily requires Walker Edison or

---

[3] "Walker Edison Privacy Policy / Notice at Collection," https://walkeredison.com/pages/privacy (last visited Sept. 15, 2025).

third parties it works with (including but not limited to related entities to Walker Edison or other affiliates, hereinafter collectively "Third Party Providers") to receive at least some PII associated with an order.

. . .

Please also note that several of these uses are administered by or with Third Party Providers and therefore may also be subject to the separate policies, terms and conditions of the applicable Third Party Provider. This is addressed further below, including in the "Data Sharing" and "Third Party Links" sections. Walker Edison is not responsible for any PII collected by third parties from sites or services other than Walker Edison's own.

. . .

**DATA SHARING**

Some PII and/or other information we collect will be shared with and/or stored by Third Party Providers as necessary for the uses specified in the section above. As an example, we may provide some of your PII to a third-party shipping service in order to have your item shipped to you. ***We may also share information with Third Party Providers for other reasons, such as: . . . [i]f Walker Edison is involved in a merger, acquisition, or sale of all or a portion of its assets, which change you will be notified of as necessary under applicable law(s)*** . . . .

Some of this sharing may be facilitated by cookies or related technologies, which are discussed in more detail below. Walker Edison does not sell PII to third parties for monetary consideration. However, there may be situations in which you have the right to opt out of certain sharing of your PII. For more information see the "Opt-Out" section below.

. . .

**OPT OUT**

Walker Edison does not sell its customers' PII for money. However, applicable law(s) may define the "sale" of PII more broadly than as an exchange for money. You may opt out of the applicable sale or sharing of your PII here: <u>Do Not Sell or Share My Personal Information</u>.

"Walker Edison Privacy Policy / Notice at Collection," https://walkeredison.com/pages/privacy (last visited Sept. 15, 2025) (emphasis added).

9. Moreover, the Debtors work with a trusted third-party provider, Klaviyo, to manage marketing emails to Direct-to-Consumer Customers. When a Direct-to-Consumer Customer makes a purchase through Shopify on the Website and elects to receive marketing emails, the Direct-to-Consumer Customer's email address is securely shared with Klaviyo. Klaviyo then sends the Debtors' marketing communications to the Direct-to-Consumer Customers periodically, as directed by the Company. Klaviyo also manages the Direct-to-Consumer Customers' subscription preferences, including whether a Direct-to-Consumer Customer remains subscribed or unsubscribed. In addition, the Direct-to-Consumer Customers may opt out directly with the Debtors at any time.

10. It is my understanding that the proposed Sale of the Acquired Assets is consistent with the Debtors' Privacy Policy concerning customer PII, which expressly permits the Company to provide or share such information with third parties that may use, collect, and/or store such information in connection with their own privacy policies, terms and conditions, in the event that "Walker Edison is involved in a merger, acquisition, or sale of all or a portion of its assets." *Id.*

11. Out of an abundance of caution, the Debtors will send an email and/or direct Klaviyo to send an email to the customers currently on the Company's electronic mailing list notifying them of the proposed Sale of the Company and reminding such customers of the Company's Privacy Policy.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that, based upon my knowledge, information and belief as set forth herein, the foregoing is true and correct.

Dated: September 15, 2025

/s/ Nate Brown
Nate Brown
Chief Financial Officer
Walker Edison Furniture Company LLC

5