IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| WALKER EDISON HOLDCO LLC, *et al.*, | Case No. 25-11602 (TMH) |
| Debtors.[1] | (Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 15, 2025, AT 3:00 P.M. (ET)**

> **THIS HEARING WILL NOW TAKE PLACE IN COURTROOM #7, 3rd FLOOR**
>
> This proceeding will be conducted in person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.
>
> Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (ET) the business day before the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.

## MATTERS GOING FORWARD

1. Debtors' Motion for (I) an Order Pursuant to Sections 105, 363, 364, 365 and 541 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006 and 9007 and Del. Bankr. L.R. 2002-1 and 6004-1 (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets; (B) Approving the Debtors' Entry Into Stalking Horse Agreement and Related Bid Protections (C) Approving Procedures for the Assumption and Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; (D) Scheduling an Auction and Sale Hearing; (E) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; and (F) Granting Related Relief; (II)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Walker Edison Holdco LLC (8817); Walker Edison Intermediate, LLC (3363); Walker Edison Furniture Company LLC (6576); and EW Furniture, LLC (6288). The Debtors' mailing address is 1553 W 9000 S, West Jordan, UT 84088.

[2] Amended items in **bold**.

an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of Claims, Liens, and Encumbrances; and (B) Approving the Assumption and Assignment of Designated Executory Contracts and Unexpired Leases; and (III) Certain Related Relief (D.I. 18, filed 8/28/25) ("**Bid Procedures Motion**").

Objection Deadline:  September 10, 2025, at 4:00 p.m. (ET); extended to September 11, 2025, at 4:00 p.m. (ET) for the Office of the United States Trustee ("U.S. Trustee"); **extended to September 14, 2025, at 11:59 p.m. (ET), for the Official Committee of Unsecured Creditors**.

Responses Received:

   A. Limited Objection of Wells Fargo Bank, National Association to Bid Procedures Motion (D.I. 82, filed 9/10/25); and

   B. Informal comments from the U.S. Trustee; and

   C. Informal comments from Twin-Star International, Inc.; **and**

   D. **Informal comments from the DIP Lenders; and**

   E. **United States Trustee's Objection to Debtors' Motion for an Order, *Inter Alia*, Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets (D.I. 84, filed 9/11/25); and**

   F. **Preliminary and Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for an Order Pursuant to Sections 105, 363, 364, 365, and 541 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006, and 9007 and Del. Bankr. L.R. 2002-1 and 6004-1 (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets; (B) Approving the Debtors' Entry Into Stalking Horse Agreement and Related Bid Protections; (C) Approving Procedures for the Assumption and Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; (D) Scheduling an Auction and Sale Hearing; (E) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; and (F) Granting Related Relief (D.I. 95, filed 9/14/25).**

Related Documents:

   A. Declaration of Drew McManigle in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Secured Post-Petition Financing Pursuant to 11 U.S.C. § 364, (II) Authorizing Use of Cash Collateral, (III) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 363 And 364, and (IV) Scheduling a Final Hearing and (V) Granting Related Relief (D.I. 16, filed 8/28/25); and

B.  Declaration of Brent C. Williams in Support of the Debtors' Bid Procedures and Sale Motion (D.I. 19, filed 8/28/25); and

C.  Notice of Debtors' Motion for (I) an Order Pursuant to Sections 105, 363, 364, 365 and 541 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006 and 9007 and Del. Bankr. L.R. 2002-1 and 6004-1 (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets; (B) Approving the Debtors' Entry Into Stalking Horse Agreement and Related Bid Protections (C) Approving Procedures for the Assumption and Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; (D) Scheduling an Auction and Sale Hearing; (E) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; and (F) Granting Related Relief; (II) An Order (A) Approving the Sale of the Debtors' Assets Free and Clear of Claims, Liens, and Encumbrances; and (B) Approving the Assumption and Assignment of Designated Executory Contracts and Unexpired Leases; and (III) Certain Related Relief (D.I. 41, filed 8/29/25) (**"Bid Procedures Hearing Notice"**);

D.  Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing of Cure Amounts, and (III) Deadline to Object Thereto (D.I. 73, filed 9/5/25)**;**

E.  **Certificate of Mailing of Jack Lawrence re: Bid Procedures Motion (D.I. 18) and Bid Procedures Hearing Notice (D.I. 41) (D.I. 63, filed 9/3/25).**

F.  **Declaration of Paul Maniscalco in Support of the Debtors' Bid Procedures and Sale Motion (D.I. 89, filed 9/12/25);**

G.  **Notice of Filing of Revised Order Pursuant to Sections 105, 363, 364, 365, and 541 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006, and 9007 and Del. Bankr. L.R. 2002-1 and 6004-1 (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets; (B) Approving the Debtors' Entry Into Stalking Horse Agreement and Related Bid Protections; (C) Approving Procedures for the Assumption and Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; (D) Scheduling an Auction and Sale Hearing; (E) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; and (F) Granting Related Relief (D.I. 96, filed 9/15/25); and**

H.  **Declaration of Nate Brown in Support of the Debtors' Bid Procedures and Sale Motion (D.I. 97, filed 9/15/25).**

Status: This matter is going forward.

Dated: September 15, 2025
       Wilmington, Delaware

Respectfully submitted,

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Echo Yi Qian*
Robert J. Dehney, Sr. (No. 3578)
Donna L. Culver (No. 2983)
Daniel B. Butz (No. 4227)
Jonathan M. Weyand (No. 6959)
Echo Yi Qian (No. 7330)
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@morrisnichols.com
      dculver@morrisnichols.com
      dbutz@morrisnichols.com
      jweyand@morrisnichols.com
      eqian@morrisnichols.com

*Proposed Counsel to the Debtors and Debtors in Possession*