**obo IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>WALKER EDISON HOLDCO LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-11602 (TMH)<br><br>(Jointly Administered) |

**AMENDED**[2] NOTICE OF AGENDA FOR HEARING SCHEDULED FOR SEPTEMBER 23, 2025, **AT 1:00 P.M.** (EASTERN TIME)

**THE HEARING WILL TAKE PLACE AT 1:00 P.M. (ET)**

THIS HEARING WILL TAKE PLACE IN COURTROOM #5, 5th FLOOR

This proceeding will be conducted in person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.

Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements.

Registration is required by 4:00 p.m. (ET) the business day before the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.

## ADJOURNED MATTER

1. Debtors' Emergency Motion to (I) Enforce the Automatic Stay and (II) Recover Costs Related to Kenco Logistic Services, LLC's Violations of the Automatic Stay (D.I. 64, filed 9/3/25).

   Objection Deadline: September 16, 2025, at 4:00 p.m. (ET); extended for Kenco Logistic Services, LLC.

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Walker Edison Holdco LLC (8817); Walker Edison Intermediate, LLC (3363); Walker Edison Furniture Company LLC (6576); and EW Furniture, LLC (6288). The Debtors' mailing address is 1553 W 9000 S, West Jordan, UT 84088.

[2] Amended items in **bold.**

Responses Received: None at this time.

Related Documents:

A. Debtors' Motion for Entry of an Order Shortening Notice and Scheduling an Expedited Hearing on Debtors' Emergency Motion to (I) Enforce the Automatic Stay and (II) Recover Costs Related to Kenco Logistic Services, LLC's Violations of the Automatic Stay (D.I. 65, filed 9/3/25).

Status: This matter is being adjourned to a date to be determined.

**MATTERS GOING FORWARD**

2. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue Their Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Their Bank Accounts and Existing Business Forms, (D) Implement Changes to the Existing Cash Management System as Necessary, and (E) Continue Ordinary Course Intercompany Transactions, (II) Extending the Time to Comply with the Requirements of 11 U.S.C. § 345(b) and the U.S. Trustee's Operating Guidelines; and (III) Granting Related Relief (D.I. 6, filed 8/28/25).

Objection Deadline: September 16, 2025, at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors (the "Committee").

Responses Received:

A. Informal comments from the Committee; and

B. **Informal comments from the DIP Lenders.**

Related Documents:

A. Declaration of Nate Brown in Support of Debtors' Chapter 11 Petitions and First Day Motions (D.I. 2, filed 8/28/25);

B. Interim Order (I) Authorizing Debtors to (A) Continue Their Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Their Bank Accounts and Existing Business Forms, (D) Implement Changes to the Existing Cash Management System as Necessary, and (E) Continue Ordinary Course Intercompany Transactions, (II) Extending the Time to Comply with the Requirements of 11 U.S.C. § 345(b) and the U.S. Trustee's Operating Guidelines; and (III) Granting Related Relief (D.I. 43, entered 9/2/25); and

C. Omnibus Notice of First Day Motions and Final Hearing Thereon (D.I. 54, filed 9/2/25).

      Status: The Debtors are working with the Committee to resolve comments on this matter and intend to file a proposed form of order prior to the hearing.

3. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing, But Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Maintain Employee Benefits Programs, and (II) Granting Related Relief (D.I. 7, filed 8/28/25).

Objection Deadline: September 16, 2025, at 4:00 p.m. (ET); extended to September 19, 2025, at noon (ET) for the Committee.

Responses Received:

A. Informal comments from the Committee.

Related Documents:

A. Declaration of Nate Brown in Support of Debtors' Chapter 11 Petitions and First Day Motions (D.I. 2, filed 8/28/25);

B. Interim Order (I) Authorizing, But Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Maintain Employee Benefits Programs, and (II) Granting Related Relief (D.I. 44, entered 9/2/25);

C. Omnibus Notice of First Day Motions and Final Hearing Thereon (D.I. 54, filed 9/2/25)**;**

D. **Certification of Counsel Regarding Final Order (I) Authorizing, But Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Maintain Employee Benefits Programs, and (II) Granting Related Relief (D.I. 123, filed 9/19/25); and**

E. **Final Order (I) Authorizing, But Not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Maintain Employee Benefits Programs, and (II) Granting Related Relief (D.I. 130, entered 9/22/25).**

**Status: A final order has been entered. No hearing is necessary.**

4. Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to Continue Insurance and Surety Bond Program and Pay All Obligations With Respect Thereto, (II) Honor Certain Prepetition Obligations Related to the Foregoing, (III) Renew, Revise, Extend, Supplement, Change, or Enter Into New Insurance Coverage, Surety Indemnity

Agreements, and Insurance Premium Financing as Needed in Their Business Judgment, and (IV) Granting Related Relief (D.I. 8, filed 8/28/25).

Objection Deadline: September 16, 2025, at 4:00 p.m. (ET); extended to September 19, 2025, at noon (ET) for the Committee.

Responses Received:

A. Informal comments from the Committee.

Related Documents:

A. Declaration of Nate Brown in Support of Debtors' Chapter 11 Petitions and First Day Motions (D.I. 2, filed 8/28/25);

B. Interim Order (I) Authorizing Debtors to Continue Insurance and Surety Bond Program and Pay All Obligations With Respect Thereto, (II) Honor Certain Prepetition Obligations Related to the Foregoing, (III) Renew, Revise, Extend, Supplement, Change, or Enter Into New Insurance Coverage, Surety Indemnity Agreements, and Insurance Premium Financing as Needed in Their Business Judgment, and (IV) Granting Related Relief (D.I. 45, entered 9/2/25); and

C. Omnibus Notice of First Day Motions and Final Hearing Thereon (D.I. 54, filed 9/2/25)**;**

D. **Certification of Counsel Regarding Final Order (I) Authorizing Debtors to Continue Insurance and Surety Bond Program and Pay All Obligations With Respect Thereto, (II) Honor Certain Prepetition Obligations Related to the Foregoing, (III) Renew, Revise, Extend, Supplement, Change, or Enter Into New Insurance Coverage, Surety Indemnity Agreements, and Insurance Premium Financing as Needed in Their Business Judgment, and (IV) Granting Related Relief (D.I. 120, filed 9/19/25); and**

E. **Final Order (I) Authorizing Debtors to Continue Insurance and Surety Bond Program and Pay All Obligations with Respect Thereto, (II) Honor Certain Prepetition Obligations Related to the Foregoing, (III) Renew, Revise, Extend, Supplement, Change, or Enter Into New Insurance Coverage, Surety Indemnity Agreements, and Insurance Premium Financing as Needed in Their Business Judgment, and (IV) Granting Related Relief (D.I. 127, entered 9/22/25).**

**Status: A final order has been entered. No hearing is necessary.**

5. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees, and (II) Granting Related Relief (D.I. 9, filed 8/28/25).

    Objection Deadline: September 16, 2025, at 4:00 p.m. (ET); extended to September 19, 2025, at noon (ET) for the Committee.

Responses Received:

A. Informal comments from the Committee.

Related Documents:

A. Declaration of Nate Brown in Support of Debtors' Chapter 11 Petitions and First Day Motions (D.I. 2, filed 8/28/25);

B. Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees, and (II) Granting Related Relief (D.I. 46, entered 9/2/25);

C. Omnibus Notice of First Day Motions and Final Hearing Thereon (D.I. 54, filed 9/2/25)**;**

D. **Certification of Counsel Regarding Final Order (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees, and (II) Granting Related Relief (D.I. 122, filed 9/19/25); and**

E. **Final Order (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees, and (II) Granting Related Relief (D.I. 129, entered 9/22/25).**

**Status: A final order has been entered. No hearing is necessary.**

6. Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Utility Services, (II) Approving Proposed Adequate Assurance of Payment to Utility Providers and Authorizing Debtors to Provide Additional Assurance, (III) Establishing Procedures to Resolve Requests for Additional Assurance and (IV) Granting Related Relief (D.I. 10, filed 8/28/25).

Objection Deadline: September 16, 2025, at 4:00 p.m. (ET); extended to September 19, 2025, at noon (ET) for the Committee.

Responses Received:

A. Informal comments from the Committee.

Related Documents:

A. Declaration of Nate Brown in Support of Debtors' Chapter 11 Petitions and First Day Motions (D.I. 2, filed 8/28/25);

B. Interim Order (I) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Utility Services, (II) Approving Proposed Adequate Assurance of

Payment to Utility Providers and Authorizing Debtors to Provide Additional Assurance, (III) Establishing Procedures to Resolve Requests for Additional Assurance and (IV) Granting Related Relief (D.I. 47, entered 9/2/25);

C. Omnibus Notice of First Day Motions and Final Hearing Thereon (D.I. 54, filed 9/2/25)**;**

D. **Certification of Counsel Regarding Final Order (I) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Utility Services, (II) Approving Proposed Adequate Assurance of Payment to Utility Providers and Authorizing Debtors to Provide Additional Assurance, (III) Establishing Procedures to Resolve Requests for Additional Assurance and (IV) Granting Related Relief (D.I. 119, filed 9/19/25); and**

E. **Final Order (I) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Utility Services, (II) Approving Proposed Adequate Assurance of Payment to Utility Providers and Authorizing Debtors to Provide Additional Assurance, (III) Establishing Procedures to Resolve Requests for Additional Assurance and (IV) Granting Related Relief (D.I. 126, entered 9/22/25).**

**Status: A final order has been entered. No hearing is necessary.**

7. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Honor and Continue Customer Programs and Customer Obligations in the Ordinary Course of Business, and (II) Granting Related Relief (D.I. 12, filed 8/28/25).

Objection Deadline: September 16, 2025, at 4:00 p.m. (ET); extended to September 19, 2025, at noon (ET) for the Committee.

Responses Received:

A. Informal comments from the Committee.

Related Documents:

A. Declaration of Nate Brown in Support of Debtors' Chapter 11 Petitions and First Day Motions (D.I. 2, filed 8/28/25);

B. Interim Order (I) Authorizing the Debtors to Honor and Continue Customer Programs and Customer Obligations in the Ordinary Course of Business, and (II) Granting Related Relief (D.I. 48, entered 9/2/25); and

C. Omnibus Notice of First Day Motions and Final Hearing Thereon (D.I. 54, filed 9/2/25)**;**

    D. **Certification of Counsel Regarding Final Order (I) Authorizing the Debtors to Honor and Continue Customer Programs and Customer Obligations in the Ordinary Course of Business, and (II) Granting Related Relief (D.I. 121, filed 9/19/25); and**

    E. **Final Order (I) Authorizing the Debtors to Honor and Continue Customer Programs and Customer Obligations in the Ordinary Course of Business, and (II) Granting Related Relief (D.I. 128, entered 9/22/25).**

**Status: A final order has been entered. No hearing is necessary.**

8. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Prepetition Claims to (A) Certain Possessory Claimants and (B) Critical Vendors and (II) Granting Related Relief (D.I. 13, filed 8/28/25).

    Objection Deadline: September 16, 2025, at 4:00 p.m. (ET); extended to September 19, 2025, at noon (ET) for the Committee.

    Responses Received:

        A. Informal comments from the Committee.

    Related Documents:

        A. Declaration of Nate Brown in Support of Debtors' Chapter 11 Petitions and First Day Motions (D.I. 2, filed 8/28/25);

        B. Interim Order (I) Authorizing the Payment of Prepetition Claims to (A) Certain Possessory Claimants and (B) Critical Vendors and (II) Granting Related Relief (D.I. 59, entered 9/3/25);

        C. Notice of the Final Hearing on the Debtors' Motion for Interim and Final Orders (I) Authorizing Payment of Prepetition Claims to (A) Certain Possessory Claimants and (B) Critical Vendors and (II) Granting Related Relief (D.I. 66, filed 9/3/25); **and**

        D. **Certification of Counsel Regarding Final Order (I) Authorizing Payment of Prepetition Claims to (A) Certain Possessory Claimants and (B) Critical Vendors and (II) Granting Related Relief (D.I. 132, filed 9/22/25).**

    **Status: A revised proposed final order has been filed under certification of counsel. No hearing is necessary unless the Court directs otherwise.**

9. Debtors' Motion for Clarification that the Automatic Stay Does Not Apply to the Utah Litigations or, in the Alternative, to Modify the Automatic Stay to Permit the Utah Litigations to Continue for the Benefit of the Estates (D.I. 14, filed 8/28/25).

Objection Deadline: September 16, 2025, at 4:00 p.m. (ET); extended to September 19, 2025, at noon (ET) for the Committee.

Responses Received: None.

Related Documents:

A. Declaration of Nate Brown in Support of Debtors' Chapter 11 Petitions and First Day Motions (D.I. 2, filed 8/28/25);

B. Interim Order Granting Debtors' Motion for Clarification that the Automatic Stay Does Not Apply to the Utah Litigations or, in the Alternative, to Modify the Automatic Stay to Permit the Utah Litigations to Continue for the Benefit of the Estates (D.I. 49, entered 9/2/25);

C. Omnibus Notice of First Day Motions and Final Hearing Thereon (D.I. 54, filed 9/2/25);

D. **Certificate of No Objection Regarding Final Order Granting Debtors' Motion for Clarification That the Automatic Stay Does Not Apply to the Utah Litigations or, in the Alternative, to Modify the Automatic Stay to Permit the Utah Litigations to Continue for the Benefit of the Estates (D.I. 124, filed 9/19/25); and**

E. **Final Order Granting Debtors' Motion for Clarification That the Automatic Stay Does Not Apply to the Utah Litigations or, in the Alternative, to Modify the Automatic Stay to Permit the Utah Litigations to Continue for the Benefit of the Estates (D.I. 131, entered 9/22/25).**

**Status: A final order has been entered. No hearing is necessary.**

10. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Secured Post-Petition Financing Pursuant to 11 U.S.C. § 364, (II) Authorizing Use of Cash Collateral, (III) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 363 And 364, and (IV) Scheduling a Final Hearing and (V) Granting Related Relief (D.I. 15, filed 8/28/25).

Objection Deadline: September 16, 2025, at 4:00 p.m. (ET); extended to September 17, 2025, at 4:00 p.m. (ET) for Kenco Logistic Services, LLC; extended for the Committee.

Responses Received:

A. Informal comments from the Committee;

B. Informal comments from Kenco Logistic Services, LLC;

    C. **Informal comments from the DIP Lenders; and**

    D. **Informal comments from the ABL Lender.**

Related Documents:

    A. Declaration of Nate Brown in Support of Debtors' Chapter 11 Petitions and First Day Motions (D.I. 2, filed 8/28/25);

    B. Declaration of Drew McManigle in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Secured Post-Petition Financing Pursuant to 11 U.S.C. § 364, (II) Authorizing Use of Cash Collateral, (III) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 363 And 364, and (IV) Scheduling a Final Hearing and (V) Granting Related Relief (D.I. 16, filed 8/28/25);

    C. Declaration of Brent C. Williams in Support of the Debtors' Bid Procedures and Sale Motion (D.I. 19, filed 8/28/25);

    D. Interim Order (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use of Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief (D.I. 52, entered 9/2/25);

    E. Omnibus Notice of First Day Motions and Final Hearing Thereon (D.I. 54, filed 9/2/25); and

    F. Declaration of Paul Maniscalco in Support of the Debtors' Bid Procedures and Sale Motion (D.I. 89, filed 9/12/25).

Status: The Debtors have resolved Kenco's informal comments through agreed language that will be included in the form of final order to be filed under certification of counsel. **The Debtors are continuing to work with the Committee, the DIP Lenders, and the ABL Lender to reach a global resolution if possible.** This matter is going forward.

Dated: September 22, 2025
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Echo Yi Qian*
Robert J. Dehney, Sr. (No. 3578)
Donna L. Culver (No. 2983)
Daniel B. Butz (No. 4227)
Jonathan M. Weyand (No. 6959)
Echo Yi Qian (No. 7330)
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@morrisnichols.com
dculver@morrisnichols.com
dbutz@morrisnichols.com
jweyand@morrisnichols.com
eqian@morrisnichols.com

*Proposed Counsel to the Debtors and Debtors in Possession*