# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| WALKER EDISON HOLDCO LLC, *et al.*, | Case No. 25-11602 (TMH) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 29, 2025, AT 3:00 P.M. (ET)

> **THIS HEARING WILL TAKE PLACE IN COURTROOM #5, 5th FLOOR**
>
> **This proceeding will be conducted in person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.**
>
> **Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on Judge Horan's expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required by 4:00 p.m. (ET) the business day prior to the scheduled hearing using the eCourt Appearances tool available on the Court's website.**

**RESOLVED MATTERS**

1. Debtors' Application for Entry of an Order (I) Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Bankruptcy Counsel for the Debtors *Nunc Pro Tunc* to the Petition Date and (II) Granting Related Relief (D.I. 76, filed 9/8/25).

    Objection Deadline: September 22, 2025, at 4:00 p.m. (ET); extended to September 24, 2025, at 5:00 p.m. (ET) for the U.S. Trustee.

    Responses Received:

    A. Informal comments from the Office of the United States Trustee (the "U.S. Trustee").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Walker Edison Holdco LLC (8817); Walker Edison Intermediate, LLC (3363); Walker Edison Furniture Company LLC (6576); and EW Furniture, LLC (6288). The Debtors' mailing address is 1553 W 9000 S, West Jordan, UT 84088.

Related Documents:

    A. Certification of Counsel Regarding Order (I) Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Bankruptcy Counsel for the Debtors *Nunc Pro Tunc* to the Petition Date and (II) Granting Related Relief (D.I. 164, filed 9/25/25); and

    B. Order (I) Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Bankruptcy Counsel for the Debtors *Nunc Pro Tunc* to the Petition Date and (II) Granting Related Relief (D.I. 169, entered 9/25/25).

Status: An order has been entered.  No hearing is necessary.

2. Debtors' Application for Entry of Order (I) Authorizing the Retention and Employment of MACCO Restructuring Group, LLC as the Debtors' Financial Advisor *Nunc Pro Tunc* to the Petition Date and (II) Granting Related Relief (D.I. 78, filed 9/8/25).

    Objection Deadline:  September 22, 2025, at 4:00 p.m. (ET); extended for the U.S. Trustee.

    Responses Received:

        A. Informal comments from the U.S. Trustee.

    Related Documents:

        A. Certification of Counsel Regarding Order (I) Authorizing the Retention and Employment of MACCO Restructuring Group, LLC as the Debtors' Financial Advisor *Nunc Pro Tunc* to the Petition Date and (II) Granting Related Relief (D.I. 165, filed 9/25/25); and

        B. Order (I) Authorizing Retention and Employment of MACCO Restructuring Group, LLC as the Debtors' Financial Advisor *Nunc Pro Tunc* to the Petition Date and (II) Granting Related Relief (D.I. 170, entered 9/25/25).

    Status: An order has been entered.  No hearing is necessary.

3. Debtors' Application for Entry of Order (I) Approving the Retention and Employment of Epiq Corporate Restructuring, LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date and (II) Granting Related Relief (D.I. 79, filed 9/8/25).

    Objection Deadline:  September 22, 2025, at 4:00 p.m. (ET); extended for the U.S. Trustee.

    Responses Received:

        A. Informal comments from the U.S. Trustee.

Related Documents:

A. Certification of Counsel Regarding Order (I) Approving the Retention and Employment of Epiq Corporate Restructuring, LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date and (II) Granting Related Relief (D.I. 166, filed 9/25/25); and

B. Order (I) Approving the Retention and Employment of Epiq Corporate Restructuring, LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date and (II) Granting Related Relief (D.I. 171, entered 9/25/25).

Status: An order has been entered. No hearing is necessary.

4. Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals (D.I. 103, filed 9/15/25).

Objection Deadline: September 22, 2025, at 4:00 p.m. (ET); extended for the U.S. Trustee.

Responses Received:

A. Informal comments from the U.S. Trustee.

Related Documents:

A. Certification of Counsel Regarding Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals (D.I. 167, filed 9/25/25; and

B. Order Establishing Procedure for Interim Compensation and Reimbursement of Expenses for Retained Professionals (D.I. 173, entered 9/25/25).

Status: An order has been entered. No hearing is necessary.

**MATTERS GOING FORWARD**

5. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue Their Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Their Bank Accounts and Existing Business Forms, (D) Implement Changes to the Existing Cash Management System as Necessary, and (E) Continue Ordinary Course Intercompany Transactions, (II) Extending the Time to Comply with the Requirements of 11 U.S.C. § 345(b) and the U.S. Trustee's Operating Guidelines; and (III) Granting Related Relief (D.I. 6, filed 8/28/25).

Objection Deadline: September 16, 2025, at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors (the "Committee").

Responses Received:

      A. Informal comments from the Committee; and

      B. Informal comments from the DIP Lender.

Related Documents:

      A. Declaration of Nate Brown in Support of Debtors' Chapter 11 Petitions and First Day Motions (D.I. 2, filed 8/28/25);

      B. Interim Order (I) Authorizing Debtors to (A) Continue Their Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Their Bank Accounts and Existing Business Forms, (D) Implement Changes to the Existing Cash Management System as Necessary, and (E) Continue Ordinary Course Intercompany Transactions, (II) Extending the Time to Comply with the Requirements of 11 U.S.C. § 345(b) and the U.S. Trustee's Operating Guidelines; and (III) Granting Related Relief (D.I. 43, entered 9/2/25); and

      C. Omnibus Notice of First Day Motions and Final Hearing Thereon (D.I. 54, filed 9/2/25).

Status: The Debtors believe that they have resolved the proposed form of order with the Committee and DIP Lender.  The Debtors plan to submit a revised order under certification of counsel in connection with a revised final financing order.  This matter is going forward.

6. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Secured Post-Petition Financing Pursuant to 11 U.S.C. § 364, (II) Authorizing Use of Cash Collateral, (III) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 363 And 364, and (IV) Scheduling a Final Hearing and (V) Granting Related Relief (D.I. 15, filed 8/28/25).

Objection Deadline:  September 16, 2025, at 4:00 p.m. (ET); extended to September 17, 2025, at 4:00 p.m. (ET) for Kenco Logistic Services, LLC; extended for the Committee.

Responses Received:

      A. Informal comments from the Committee;

      B. Informal comments from Kenco Logistic Services, LLC;

      C. Informal comments from the DIP Lender;

      D. Informal comments from the U.S. Trustee; and

      E. Informal comments from the ABL Lender.

      Related Documents:

        A. Declaration of Nate Brown in Support of Debtors' Chapter 11 Petitions and First Day Motions (D.I. 2, filed 8/28/25);

        B. Declaration of Drew McManigle in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Secured Post-Petition Financing Pursuant to 11 U.S.C. § 364, (II) Authorizing Use of Cash Collateral, (III) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 363 and 364, and (IV) Scheduling a Final Hearing and (V) Granting Related Relief (D.I. 16, filed 8/28/25);

        C. Declaration of Brent C. Williams in Support of the Debtors' Bid Procedures and Sale Motion (D.I. 19, filed 8/28/25);

        D. Interim Order (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use of Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief (D.I. 52, entered 9/2/25);

        E. Omnibus Notice of First Day Motions and Final Hearing Thereon (D.I. 54, filed 9/2/25); and

        F. Declaration of Paul Maniscalco in Support of the Debtors' Bid Procedures and Sale Motion (D.I. 89, filed 9/12/25).

      Status: The Debtors have resolved Kenco's informal comments through agreed language that will be included in the form of final order to be submitted under certification of counsel. At the hearing held on September 23, the Debtors previewed for the Court a global resolution they were negotiating with the Committee, the DIP Lender, and the ABL Lender. After the hearing, the Debtors continued to work with the Committee, the DIP Lender, the ABL Lender and the U.S. Trustee to reach a global resolution and intend to submit a revised final order under certification of counsel prior to the hearing. This matter is going forward.

7. Debtors' Motion for (I) an Order Pursuant to Sections 105, 363, 364, 365 and 541 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006 and 9007 and Del. Bankr. L.R. 2002-1 and 6004-1 (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets; (B) Approving the Debtors' Entry Into Stalking Horse Agreement and Related Bid Protections (C) Approving Procedures for the Assumption and Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; (D) Scheduling an Auction and Sale Hearing; (E) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; and (F) Granting Related Relief; (II) an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of Claims, Liens, and Encumbrances; and (B) Approving the Assumption and Assignment of Designated Executory Contracts and Unexpired Leases; and (III) Certain Related Relief (D.I. 18, filed 8/28/25).

Cure Objection Deadline:

September 24, 2025, at 4:00 p.m. (ET); extended to September 25, 2025, at noon (ET) for PRII Morgan Lakes LLC.

Sale Objection Deadline:

September 24, 2025, at 4:00 p.m. (ET); extended to September 25, 2025, at noon (ET) for the U.S. Trustee; and extended for the Committee.

Cure Objections Received:

A. Limited Objection and Reservation of Rights of Google LLC to the Potential Assumption of Executory Contracts (D.I. 125, filed 9/22/25);

B. Kenco Logistic Services, LLC's Objection to Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing of Cure Amounts, and (III) Deadline to Object Thereto and Reservation of Rights (D.I. 133, filed 9/22/25);

C. Objection of GXO Logistics Supply Chain, Inc. to Executory Contract Cure Amount and Reservation of Rights (D.I. 134, filed 9/22/25);

D. Limited Objection and Reservation of Rights of Nebraska Furniture Mart to the Potential Assumption of Executory Contracts (D.I. 135, filed 9/22/25); and

E. Limited Objection of PRII Morgan Lakes, LLC to Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing of Cure Amounts, and (III) Deadline to Object Thereto (D.I. 172, filed 9/25/25).

Sale Objections Received:

A. Limited Objection to Sale and Reservation of Rights of GXO Logistics Supply Chain, Inc. (D.I. 152, filed 9/24/25);

B. Kenco Logistic Services LLC's Limited Objection to Debtors' Sale Motion and Reservation of Rights (D.I. 153, filed 9/24/25);

C. Informal comments from the U.S. Trustee; and

D. Informal comments from Twin-Star International, Inc. ("Twin Star").

Related Documents:

A. Declaration of Drew McManigle in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Secured Post-Petition Financing Pursuant to 11 U.S.C. § 364, (II) Authorizing Use of Cash Collateral, (III) Granting Adequate

Protection Pursuant to 11 U.S.C. §§ 361, 363 And 364, and (IV) Scheduling a Final Hearing and (V) Granting Related Relief (D.I. 16, filed 8/28/25);

B. Declaration of Brent C. Williams in Support of the Debtors' Bid Procedures and Sale Motion (D.I. 19, filed 8/28/25);

C. Notice of Debtors' Motion for (I) an Order Pursuant to Sections 105, 363, 364, 365 and 541 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006 and 9007 and Del. Bankr. L.R. 2002-1 and 6004-1 (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets; (B) Approving the Debtors' Entry Into Stalking Horse Agreement and Related Bid Protections (C) Approving Procedures for the Assumption and Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; (D) Scheduling an Auction and Sale Hearing; (E) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; and (F) Granting Related Relief; (II) An Order (A) Approving the Sale of the Debtors' Assets Free and Clear of Claims, Liens, and Encumbrances; and (B) Approving the Assumption and Assignment of Designated Executory Contracts and Unexpired Leases; and (III) Certain Related Relief (D.I. 41, filed 8/29/25) ("Bid Procedures Hearing Notice");

D. Certificate of Mailing of Jack Lawrence re: Bid Procedures Motion (D.I. 18) and Bid Procedures Hearing Notice (D.I. 41) (D.I. 63, filed 9/3/25);

E. Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing of Cure Amounts, and (III) Deadline to Object Thereto (D.I. 73, filed 9/5/25);

F. Declaration of Paul Maniscalco in Support of the Debtors' Bid Procedures and Sale Motion (D.I. 89, filed 9/12/25);

G. Declaration of Nate Brown in Support of the Debtors' Bid Procedures and Sale Motion (D.I. 97, filed 9/15/25);

H. Notice of Sale, Bid Procedures, Auction and Sale Hearing (D.I. 102, filed 9/15/25) ("Sale Hearing Notice");

I. Order Pursuant to Sections 105, 363, 364, 365 and 541 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006 and 9007 and Del. Bankr. L.R. 2002-1 and 6004-1 (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets; (B) Approving the Debtors' Entry Into Stalking Horse Agreement and Related Bid Protections; (C) Approving Procedures for the Assumption and Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; (D) Scheduling an Auction and Sale Hearing; (E) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; and (F) Granting Related Relief (D.I. 105, entered 9/16/25) ("Bid Procedures Order");

    J.   Certificate of Mailing of Sharna Wilson re: Sale Hearing Notice (D.I. 111, filed 9/17/25);

    K.   Certificate of Mailing of Jack Lawrence re: Notice of (I) Possible Treatment of Contracts and Leases, (II) Fixing of Cure Amounts, and (III) Deadline to Object Thereto (D.I. 136, filed 9/22/25);

    L.   Certificate of Mailing of Jack Lawrence re: Bid Procedures Order (D.I. 137, filed 9/22/25);

    M.   Notice of Cancellation of Auction and Designation of Successful Bidder (D.I. 150, filed 9/24/25); and

    N.   Declaration of Todd Outten in Support of the Purchaser's Good Faith in Connection with the Sale of the Debtors' Assets (D.I. 168, filed 9/25/25).

<u>Status</u>: This matter is going forward. The Debtors intend to file a reply and submit a revised form of order prior to the hearing. The Debtors will offer witness testimony at the hearing, as necessary.

8.   Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Lincoln International LLC as Investment Banker for the Debtors Effective *Nunc Pro Tunc* to the Petition Date, (II) Modifying Certain Timekeeping Requirements, and (III) Granting Related Relief (D.I. 77, filed 9/8/25).

<u>Objection Deadline</u>: September 22, 2025, at 4:00 p.m. (ET); extended for the U.S. Trustee.

<u>Responses Received</u>:

    A.   Informal comments from the U.S. Trustee.

<u>Related Documents</u>: None.

<u>Status</u>: This matter is going forward.

Dated: September 25, 2025
       Wilmington, Delaware

Respectfully submitted,

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Jonathan M. Weyand*
Robert J. Dehney, Sr. (No. 3578)
Donna L. Culver (No. 2983)
Daniel B. Butz (No. 4227)
Jonathan M. Weyand (No. 6959)
Echo Yi Qian (No. 7330)
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@morrisnichols.com
      dculver@morrisnichols.com
      dbutz@morrisnichols.com
      jweyand@morrisnichols.com
      eqian@morrisnichols.com

*Counsel to the Debtors and Debtors in Possession*