## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WALKER EDISON HOLDCO LLC, *et al.*,[1] | Case No. 25-11602 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 249** |

### CERTIFICATE OF NO OBJECTION REGARDING APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF MORRIS JAMES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF SEPTEMBER 12, 2025 [DOCKET NO. 249]

The undersigned counsel hereby certifies as follows:

On October 9, 2025, the Official Committee of Unsecured Creditors (the "Committee"), appointed in the above-captioned cases, by and through its undersigned proposed counsel, filed the *Application for Entry of an Order Authorizing the Retention and Employment of Morris James LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of September 12, 2025* [Docket No. 249] (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

The deadline to object to the Application was October 23, 2025, at 4:00 p.m. (ET).

The undersigned further certifies that after reviewing the Court's docket in this case, no formal answer, objection, or other responsive pleading to the Application appears thereon. The

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Walker Edison Holdco LLC (8817); Walker Edison Intermediate, LLC (3363); Walker Edison Furniture Company LLC (6576); and EW Furniture, LLC (6288). The Debtors' mailing address is 1553 W 9000 S, West Jordan, UT 84088.

Committee respectfully requests that the Court enter the proposed order granting the Application,

a copy of which is attached hereto and to the Application as **Exhibit A**.

Dated:  October 24, 2025
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
3205 Avenue North Blvd., Suite 100
Wilmington, DE  19803
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*