**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> WALKER EDISON HOLDCO LLC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 25-11602 (TMH) <br><br> (Jointly Administered) <br><br> **Re: Docket No. 250** |

**CERTIFICATE OF NO OBJECTION REGARDING APPLICATION**
**OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF**
**WALKER EDISON HOLDCO LLC, ET AL., FOR ENTRY OF AN ORDER**
**AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION**
**OF M3 ADVISORY PARTNERS, LP AS FINANCIAL ADVISOR EFFECTIVE**
**AS OF SEPTEMBER 13, 2025 [DOCKET NO. 250]**

The undersigned counsel hereby certifies as follows:

On October 9, 2025, the Official Committee of Unsecured Creditors (the "Committee"), appointed in the above-captioned cases, by and through its undersigned proposed counsel, filed the *Application of the Official Committee of Unsecured Creditors of Walker Edison Holdco LLC, et al., for Entry of an Order Authorizing the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor, Effective as of September 13, 2025* [Docket No. 250] (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

The deadline to object to the Application was October 23, 2025, at 4:00 p.m. (ET).

The undersigned further certifies that after reviewing the Court's docket in this case, no formal answer, objection, or other responsive pleading to the Application appears thereon. The

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Walker Edison Holdco LLC (8817); Walker Edison Intermediate, LLC (3363); Walker Edison Furniture Company LLC (6576); and EW Furniture, LLC (6288). The Debtors' mailing address is 1553 W 9000 S, West Jordan, UT 84088.

17600444/1

Committee respectfully requests that the Court enter the proposed order granting the Application, a copy of which is attached hereto and to the Application as **Exhibit B**.

| | |
|---|---|
| Dated: October 24, 2025<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/ Jeffrey R. Waxman*<br>Jeffrey R. Waxman (DE Bar No. 4159)<br>3205 Avenue North Blvd., Suite 100<br>Wilmington, DE  19803<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: jwaxman@morrisjames.com<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors* |