**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WALKER EDISON HOLDCO LLC, *et al.*, | ) | Case No. 25-11602 (TMH) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | Objection Deadline: |
| | ) | November 19, 2025 at 4:00p.m. (ET) |

**FIRST COMBINED MONTHLY FEE STATEMENT
OF M3 ADVISORY PARTNERS, LP, AS FINANCIAL ADVISOR
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED FOR THE PERIOD FROM
<u>SEPTEMBER 13, 2025 THROUGH OCTOBER 31, 2025</u>**

| **Name of applicant:** | M3 Advisory Partners, LP, as financial advisor to the Official Committee of Unsecured Creditors |
|---|---|
| **Date of retention order:** | October 27, 2025, effective as of September 13, 2025 [Docket No. 292] |
| **Period for which fees and expenses were incurred:** | September 13, 2025 through and including October 31, 2025 |
| **Fees incurred:** | $63,957.00 |
| **Payment of fees incurred (80%):** | $51,165.60 |
| **Holdback of fees incurred (20%):** | $12,791.40 |
| **Expenses incurred:** | $0.00 |
| **Total fees (80%) and expenses (100%) due:** | $51,165.60 |

1.   Pursuant to sections 327, 330, and 331 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), rule 2016 of the Federal Rules of Bankruptcy Procedure

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Walker Edison Holdco LLC (8817); Walker Edison Intermediate, LLC (3363); Walker Edison Furniture Company LLC (6576); and EW Furniture, LLC (6288). The Debtors' mailing address is 1553 W 9000 S, West Jordan, UT 84088.

(the "Bankruptcy Rules"), rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 173] (the "Interim Compensation Order"),[2] M3 Advisory Partners, LP ("M3"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Walker Edison Holdco LLC and its debtor affiliates (collectively, the "Debtors"), each of which is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), hereby submits this combined monthly fee statement (the "Monthly Fee Statement") for (a) compensation in the amount of $51,165.60[3] for the reasonable and necessary financial advisory services that M3 rendered to the Committee during the period from September 13, 2025 through and including October 31, 2025 (the "Compensation Period") and (b) reimbursement in the amount of $0.00 for 100% of the actual and necessary expenses that M3 incurred during the Compensation Period.

## Services Rendered and Disbursements Incurred

2. Attached hereto as **Exhibit A** is a summary of the number of hours expended and fees incurred (on an aggregate basis) by M3 professionals during the Compensation Period with respect to each of the project categories M3 established in accordance with its internal billing procedures.

3. Attached hereto as **Exhibit B** is a billing summary of certain information regarding the M3 professionals for whose work compensation is sought in this Fee Statement. M3

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

[3] This amount represents 80% of the $63,957.00 in fees that M3 incurred during the Compensation Period (as defined below). M3 intends to seek payment of the remaining 20% of fees ($12,791.40) pursuant to an interim or final fee application in accordance with the Interim Compensation Order.

professionals have expended a total of 83.8 hours in connection with the Chapter 11 Cases during the Compensation Period.

4. Attached hereto as **Exhibit C** is a summary setting forth the total amount of compensation sought for the Compensation Period, broken down by project category and individual, for which M3 is seeking compensation in this Fee Statement.

5. Attached hereto as **Exhibit D** is M3's detailed records of hours incurred during the Compensation Period.

**Reservation of Rights**

6. This Monthly Fee Statement includes all fees and expenses for the Compensation Period, as well as the required information and supporting detail related thereto, available to M3 at the time of the filing of this Monthly Fee Statement. If additional fees, expenses, required information or supporting detail in connection with this Compensation Period should subsequently become available, as a result of delays in accounting processing, an inadvertence with respect to time entered in the accounting system, or any other reason, M3 reserves the right to payment of such affected amounts (including the right to seek payment thereof in a manner consistent with the Interim Compensation Order).

**Notice**

7. In accordance with the procedures set forth in the Interim Compensation Order, notice of this Monthly Fee Statement will be provided to: (i) counsel to the Debtors; (ii) the Office of the U.S. Trustee for the District of Delaware; and (iii) counsel to the DIP Lenders. Based on the foregoing, M3 submits that no other or further notice is required.

8. Each Fee Notice Party will have fourteen (14) days after delivery of a Monthly Fee Statement (the "Objection Deadline") to object to the requested fees and expenses in accordance with the procedures set forth in the Interim Compensation Order. After the expiration of the

Objection Deadline, the Debtors shall promptly pay M3 the undisputed portion of the fees and expenses requested herein.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, M3 respectfully requests compensation and reimbursement of its fees and expenses incurred during the Compensation Period in the total amount of $51,165.60, which pursuant to the Interim Compensation Order, consists of the following: (a) $51,165.60 for 80% of the fees incurred by M3 in rendering reasonable and necessary financial advisory services to the Committee during the Compensation Period and (b) $0.00 for 100% of the actual and necessary expenses that M3 incurred during the Compensation Period.

Dated: November 5, 2025

Respectfully submitted,

*/s/ Robert Winning*
Robert Winning
Managing Director
M3 Advisory Partners, LP
1700 Broadway, 19th Floor
New York, NY 10119