## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| WEH Liquidating, LLC *et al.*, | Case No. 25-11602 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 286, 287, 307, 315, 316** |

**MOTION OF DEBTORS FOR LEAVE TO FILE DEBTORS' REPLY TO UNITED STATES TRUSTEE'S OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE COMBINED DISCLOSURE STATEMENT AND PLAN ON AN INTERIM BASIS FOR SOLICITATION PURPOSES ONLY; (II) ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE COMBINED DISCLOSURE STATEMENT AND PLAN; (III) APPROVING THE FORM OF BALLOT AND SOLICITATION PACKAGES; (IV) ESTABLISHING THE VOTING RECORD DATE; (V) SCHEDULING A COMBINED HEARING FOR FINAL APPROVAL OF THE ADEQUACY OF DISCLOSURES IN, AND CONFIRMATION OF, THE COMBINED DISCLOSURE STATEMENT AND PLAN; (VI) APPROVING THE FORM OF COMBINED HEARING NOTICE; AND (VII) GRANTING RELATED RELIEF**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") respectfully move for leave (the "Motion for Leave") to file the *Debtors' Reply to United States Trustee's Objection to Debtors' Motion for Entry of an Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Disclosure Statement and Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Disclosures in, and Confirmation of, the Combined Disclosure*

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: WEH Liquidating, LLC (8817); WEI Liquidating, LLC (3363); WEFC Liquidating, LLC (6576); and EWF Liquidating, LLC (6288).  The Debtors' mailing address is 6890 S 2300 E #71067, Salt Lake City, UT 84171.

*Statement and Plan; (VI) Approving the Form of Combined Hearing Notice; and (VII) Granting Related Relief* (the "Reply"), attached hereto as **Exhibit B**, and respectfully state as follows:

## RELIEF REQUESTED

1.      By this Motion for Leave, the Debtors move this Court for authority to file the Reply in support of the *Debtors' Motion for Entry of an Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Disclosure Statement and Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Disclosures in, and Confirmation of, the Combined Disclosure Statement and Plan; (VI) Approving the Form of Combined Hearing Notice; and (VII) Granting Related Relief* (D.I. 287) (the "Solicitation Procedures Motion")[2] and in response to the objection (D.I. 307) (the "Objection") filed by the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee").

## JURISDICTION AND VENUE

2.      The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this Motion for Leave pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue of these cases and the Motion for Leave in this district is proper under 28 U.S.C. §§ 1408 and 1409.

---

[2]      Capitalized terms used but not otherwise defined herein shall have the meaning set forth in the Plan, as applicable.

3.      The Debtors consent pursuant to rule 9013-1(f) of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") to the entry of a final order by the Court in connection with this Motion for Leave to the extent that it is later determined that the Court, absent consent of the parties, cannot enter a final order or judgment in connection herewith consistent with Article III of the United States Constitution.

4.      The basis for the relief requested herein is section 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Local Rule 9006-1(d).

## BACKGROUND

5.      On August 28, 2025 (the "Petition Date"), the Debtors each commenced a voluntary case under chapter 11 of the Bankruptcy Code in this Court.  The Debtors continue to manage their assets as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.  No trustee, examiner, or official committee has been appointed in these cases.

6.      Additional information about the Debtors' business and affairs, capital structure, and prepetition indebtedness, and the events leading up to the Petition Date, can be found in the *Declaration of Nate Brown in Support of Debtors' Chapter 11 Petitions and First Day Motions* (D.I. 2).

7.      On October 22, 2025, the Debtors filed the *Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Walker Edison Holdco LLC and Its Debtor Affiliates* (D.I. 286) (as amended, supplemented or otherwise modified from time to time, according to its terms the "Combined Disclosure Statement and Plan").

8.      Also on October 22, 2025, the Debtors filed the Solicitation Procedures Motion which sought entry of an order (i) approving the Combined Disclosure Statement and Plan on an interim basis for solicitation purposes only and (ii) establishing procedures for the solicitation and tabulation of votes to accept or reject the Combined Disclosure Statement and

Plan, among other things (the "Proposed Order"). Pursuant to the notice filed with the Solicitation Procedures Motion, the deadline to file objections to the relief sought in the Solicitation Procedures Motion was November 5, 2025, at 4:00 p.m. (ET), which was extended to November 6, 2025, at 4:00 p.m. (ET) solely with respect to the U.S. Trustee (the "Objection Deadline").

9.      Prior to the Objection Deadline, on November 6, 2025, the U.S. Trustee filed the Objection.

10.     Also on November 6, 2025, the Debtors filed a revised form of Proposed Order (D.I. 316) and revised Combined Disclosure Statement and Plan (D.I. 315).

11.     A hearing on the Solicitation Procedures Motion and the Objection is scheduled for November 12, 2025, at 11:00 a.m. (ET) (the "Hearing").

## BASIS FOR RELIEF

12.      Local Rule 9006-1(d) states, "[r]eply papers . . . may be filed and, if filed, shall be served so as to be received by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." Local Rule 9029-3(a) requires that agendas be filed by 12:00 p.m. prevailing Eastern Time two (2) business days prior to any hearing.

13.     As stated above, the Hearing is scheduled for Wednesday, November 12, 2025, at 11:00 a.m. (ET). Accordingly, the agenda was due on Friday, November 7, 2025, at 12:00 p.m. (ET) as opposed to Monday, November 10, 2025, due to the intervening Veterans' Day holiday on Tuesday, November 11, 2025. Thus, pursuant to Local Rule 9006-1(d), the Debtors had until November 6, 2025, at 4:00 p.m. (ET) to file any reply (the "Reply Deadline").

14.     The Debtors submit that cause exists to grant the relief requested in the Motion for Leave and approve the extension of the time to file the Reply under Local Rule 9006-1(d). In an attempt to resolve some of the issues and narrow the scope of the U.S. Trustee's Objection, the Debtors agreed to extend the U.S. Trustee's objection deadline to November 6,

2025, at 4:00 p.m. (ET) — the same date and time as the Reply Deadline due to the intervening holiday.  Accordingly, the Debtors would not have been able to meaningfully respond to the Objection they received on the same date and time as the Reply Deadline.  Moreover, the Debtors prioritized their negotiations with the U.S. Trustee in working to resolve the Objection (or at the very least narrow the issues raised therein) rather than drafting the Reply.

15.    Further, the Debtors believe the Reply will aid the Court in its consideration of the issues and allow for a more efficient use of the Court's time at the Hearing by providing the Court with important information and legal authority to support the Solicitation Procedures Motion and the Combined Disclosure Statement and Plan, and respond meaningfully to the Objection. Indeed, the Court's consideration of the Reply will help streamline arguments at the Hearing and otherwise assist the Court in deciding the Solicitation Procedures Motion.  Absent an extension of the Reply Deadline, the Court would be denied an opportunity to review the Debtors' response to the Objection.

16.    Finally, the U.S. Trustee will not be prejudiced by the filing of the Reply as the U.S. Trustee will have sufficient time to review the Reply and prepare for the Debtors' arguments in advance of the Hearing.

17.    Accordingly, the Debtors submit that, under the circumstances, there is sufficient cause to grant leave to file the Reply.

## **NOTICE**

18.    Notice of this Motion for Leave will be provided to: (i) the U.S. Trustee, (ii) the Committee, (iii) the DIP Lender, and (iv) all parties requesting notice pursuant to Bankruptcy Rule 2002.  In light of the relief requested in this Motion, the Debtors respectfully submit that no further notice of this Motion for Leave is required under the circumstances.

## CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court enter the proposed order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested herein and such other and further relief as the Court deems just and proper.

Dated: November 10, 2025
      Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Scott D. Jones*
Robert J. Dehney, Sr. (No. 3578)
Donna L. Culver (No. 2983)
Daniel B. Butz (No. 4227)
Scott D. Jones (No. 6672)
Jonathan M. Weyand (No. 6959)
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email:  rdehney@morrisnichols.com
       dculver@morrisnichols.com
       dbutz@morrisnichols.com
       sjones@morrisnichols.com
       jweyand@morrisnichols.com

*Counsel to the Debtors and Debtors in Possession*