**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| WEH Liquidating, LLC, *et al.*, | Case No. 25-11602 (TMH) |
| Debtors[1] | (Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 12, 2025, AT 11:00 A.M. (ET)**

> THIS HEARING WILL TAKE PLACE IN COURTROOM #5, 5th FLOOR
>
> This proceeding will be conducted in person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.
>
> Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (ET) the business day before the hearing unless otherwise noticed using the *eCourt Appearances* tool available on the Court's website.

## RESOLVED MATTERS

1.   Application for Entry of an Order Authorizing Retention and Employment of Morris James LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of the September 12, 2025 (D.I. 249, filed 10/9/25).

   Objection Deadline:  October 23, 2025, at 4:00 p.m. (ET).

   Responses Received:  None.

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: WEH Liquidating, LLC (8817); WEI Liquidating, LLC (3363); WEFC Liquidating, LLC (6576); and EWF Liquidating, LLC (6288).  The Debtors' mailing address is 6890 S 2300 E #71067, Salt Lake City, UT 84171.

[2]   Amended items in **bold**.

Related Documents:

A.  Certificate of No Objection Regarding Application for Entry of an Order Authorizing Retention and Employment of Morris James LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of the September 12, 2025 (D.I. 289, filed 10/24/25); and

B.  Order Authorizing the Retention and Employment of Morris James LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of September 12, 2025 (D.I. 291, entered 10/27/25).

Status: An order has been entered.  No hearing is necessary.

2.  Application of the Official Committee of Unsecured Creditors of Walker Edison Holdco LLC, et al., for Entry of an Order Authorizing and Approving the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor Effective as of September 13, 2025 (D.I. 250, filed 10/9/25).

Objection Deadline:  October 23, 2025, at 4:00 p.m. (ET).

Responses Received:  None.

Related Documents:

A.  Certificate of No Objection Regarding Application of the Official Committee of Unsecured Creditors of Walker Edison Holdco LLC, et al., for Entry of an Order Authorizing and Approving the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor Effective as of September 13, 2025 (D.I. 290, filed 10/24/25); and

B.  Order Authorizing the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor, Effective as of September 13, 2025 (D.I. 292, entered 10/27/25).

Status: An order has been entered.  No hearing is necessary.

**MATTERS UNDER CERTIFICATION**

3.  Motion for Entry of an Order (I) Approving the Debtors' Assumption of an Agreement with Consilio LLC and (II) Granting Related Relief (D.I. 284, filed 10/22/25).

Objection Deadline:  November 5, 2025, at 4:00 p.m. (ET).

Responses Received:  None.

Related Documents:

> A. Certificate of No Objection Regarding Motion for Entry of an Order (I) Approving the Debtors' Assumption of an Agreement with Consilio LLC and (II) Granting Related Relief (D.I. 309, filed 11/6/25); **and**

> B. **Order Authorizing the Assumption of the Agreement (D.I. 318, entered 11/7/25).**

**Status: An order has been entered.  No hearing is necessary.**

4.  Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 554 (I) Authorizing Debtors to Abandon Certain Goods and (II) Granting Related Relief (D.I. 285, filed 10/22/25).

Objection Deadline:  November 5, 2025, at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

> A. Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 554 (I) Authorizing Debtors to Abandon Certain Goods and (II) Granting Related Relief (D.I. 310, filed 11/6/25); **and**

> B. **Order (I) Authorizing Debtors to Abandon Certain Goods and (II) Granting Related Relief (D.I. 319, entered 11/7/25).**

**Status: An order has been entered.  No hearing is necessary.**

5.  Debtors' Motion for Entry of an Order (I) Amending the Case Caption to Reflect Change of Debtors' Names and (II) Granting Related Relief (D.I. 296, filed 10/28/25).

Objection Deadline:  November 5, 2025, at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

> A. Certificate of No Objection Regarding Debtors' Motion for Entry of an Order (I) Amending the Case Caption to Reflect Change of Debtors' Names and (II) Granting Related Relief (D.I. 311, filed 11/6/25); **and**

> B. **Order (I) Amending the Case Caption to Reflect Change of Debtors' Names and (II) Granting Related Relief (D.I. 320, entered 11/7/25).**

**Status: An order has been entered.  No hearing is necessary.**

**MATTER GOING FORWARD**

6.      Debtors' Motion for Entry of an Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Disclosure Statement and Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Disclosures in, and Confirmation of, the Combined Disclosure Statement and Plan; (VI) Approving the Form of Combined Hearing Notice, and (VII) Granting Related Relief (D.I. 287, filed 10/22/25).

Objection Deadline:  November 5, 2025, at 4:00 p.m. (ET); extended to November 6, 2025, at 4:00 p.m. (ET) solely with respect to the Office of the United States Trustee for the District of Delaware.

Responses Received:

   A.  Informal comments from the DIP Lender;

   B.  Informal comments from the Official Committee of Unsecured Creditors; and

   C.  United States Trustee's Objection to Debtors' Motion for Entry of an Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Disclosure Statement and Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Disclosures in, and Confirmation of, the Combined Disclosure Statement and Plan; (VI) Approving the Form of Combined Hearing Notice, and (VII) Granting Related Relief (D.I. 307, filed 11/6/25).

Related Documents:

   A.  Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Walker Edison Holdco LLC and Its Debtor Affiliates (D.I. 286, filed 10/22/25);

   B.  Notice of Revised Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Walker Edison Holdco LLC and Its Debtor Affiliates (D.I. 315, filed 11/6/25);

   C.  Notice of Filing of Revised Proposed Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or

Reject the Combined Disclosure Statement and Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Disclosures in, and Confirmation of, the Combined Disclosure Statement and Plan; (VI) Approving the Form of Combined Hearing Notice, and (VII) Granting Related Relief (D.I. 316, filed 11/6/25);

D. Debtors' Motion for Leave to File a Reply to United States Trustee's Objection to Debtors' Motion for Entry of an Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Disclosure Statement and Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Disclosures in, and Confirmation of, the Combined Disclosure Statement and Plan; (VI) Approving the Form of Combined Hearing Notice, and (VII) Granting Related Relief (**D.I. 323**, filed 11/10/25);

E. **Notice of Further Revised Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Walker Edison Holdco LLC and Its Debtor Affiliates (D.I. 324, filed 11/11/25); and**

F. **Second Notice of Filing of Revised Proposed Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Disclosure Statement and Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Disclosures in, and Confirmation of, the Combined Disclosure Statement and Plan; (VI) Approving the Form of Combined Hearing Notice; and (VII) Granting Related Relief (D.I. 325, filed 11/11/25).**

Status: This matter is going forward.

Dated: November 11, 2025
      Wilmington, Delaware

Respectfully submitted,

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Scott D. Jones*
Robert J. Dehney, Sr. (No. 3578)
Donna L. Culver (No. 2983)
Daniel B. Butz (No. 4227)
Scott D. Jones (No. 6672)
Jonathan M. Weyand (No. 6959)
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@morrisnichols.com
      dculver@morrisnichols.com
      dbutz@morrisnichols.com
      sjones@morrisnichols.com
      jweyand@morrisnichols.com

*Counsel to the Debtors and Debtors in Possession*